# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Busey Bank, an Illinois Banking Corporation,** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) |
| **Michael G. Turney, David Besler, Milissa Ommen-Welborn, Randall Clark Barbara Weidner, Kirk Tjernagel, Ron Briscoe, Sandra Vick, Keith Frank Mouis, Joseph Riley Mongiovi, Nicholas W. Villareal, Bradley David Gish, Keri Kikta, Jeffrey Hopper, Deborah Stoch, and Flagstar Bank, FSB,** | ) ) ) ) ) ) ) ) |
| **Defendants.** | |

## DECLARATION OF DEBBIE RYBKA

I, Debbie Rybka, under penalty of perjury, state and affirm as follows:

1. I am over 21 years of age and am fully competent to make the statements contained in this Declaration based upon my personal knowledge.

2. I am a Vice President and Mortgage Sales Manager with Busey Bank, the Plaintiff in this action. This Declaration is made in support of Busey Bank's Complaint and its related Motion for Injunctive Relief against the Defendants, and is based upon my personal knowledge.

3. I have worked at Busey Bank since 2005.

4. In my role as Mortgage Sales Manager, I was directly supervised by Michael Turney, whose position prior to his resignation was Senior Vice President – Mortgage Sales

EXHIBIT "O"

4. In my role as Mortgage Sales Manager, I was directly supervised by Michael Turney, whose position prior to his resignation was Senior Vice President – Mortgage Sales Division. Mr. Turney not only supervised me, but also all other Mortgage Sales Managers and lenders in the region at Busey Bank.

5. To the best of my knowledge, Mr. Turney resigned from Busey Bank on August 25, 2020, and immediately began employment with Flagstar Bank, FSB ("Flagstar"), a competing bank.

6. However, prior to resigning from Busey Bank, Mr. Turney approached me in July of 2020 to discuss a new employment opportunity at Flagstar. Prior to this conversation, I had not heard from Mr. Turney via email or phone call in several months.

7. During this conversation, Mr. Turney informed me that Busey Bank was leaving the mortgage business, that things at Busey Bank would be changing for the worse, and that there would no longer be any need for as many mortgage lenders at Busey Bank, if any at all, in the near future. As I had not heard anything like this before—or since—this information was shocking to me. That being said, as Mr. Turney was my supervisor, I had no reason to doubt him.

8. Also during this call, Mr. Turney informed me that he was anticipating starting a new position with Flagstar shortly, and he asked me if I would be interested in learning more about Flagstar and joining him there.

9. Mr. Turney informed me that he and Flagstar were setting up an informational meeting via WebEx conferencing for other Busey Bank employees whom Mr. Turney and Flagstar were interested in recruiting. Mr. Turney and Flagstar did in fact set this meeting, for July 27, 2020 at 1:00 PM Central Time.

EXHIBIT "O"

10. Concerned about my future employment with Busey Bank, I decided to attend the conference. Also present at this meeting were my fellow Busey Bank employees Michael Turney, David Besler, Milissa Ommen-Welborn, Randall Clark, Ron Briscoe, and Sandra Vick.

11. During this conference, Flagstar provided extensive information about its products and processes in an attempt to entice the participants to join Flagstar.

12. Mr. Turney and Flagstar scheduled another WebEx conference for the very next day, July 28, 2020 at 12:00 PM Central Time. I attended this conference and informed Mr. Turney and Flagstar that I would not be leaving Busey Bank to join Flagstar.

13. At all times relevant to these scheduled conferences, Mr. Turney was employed by Busey Bank and supervising the other Busey Bank employees participating in the conferences.

14. It is my opinion that Mr. Turney solicited myself and multiple other Busey Bank employees to resign from Busey Bank and join Flagstar by, among other things: (a) falsely informing myself and other Busey Bank employees that Busey Bank was leaving the mortgage business; (b) encouraging myself and other Busey Bank employees to attend informational and recruitment conferences with Flagstar; and (c) ultimately encouraging myself and others to resign from Busey Bank and join Flagstar.

15. Since Mr. Turney first approached me in July, I have learned that his statements regarding Busey Bank's presence in the mortgage business were false. I still maintain my position at Busey Bank, as do numerous other mortgage lenders. Moreover, several of the individuals who resigned from Busey Bank under those false pretenses have since indicated to me that they would like to return to Busey Bank and in retrospect felt misled in their recruitment to Flagstar.

16. I declare under penalty of perjury that the foregoing is true and correct.

EXHIBIT "O"

FURTHER AFFIANT SAYS NOT.

Pursuant to 28 United States Code § 1746 I certify under penalty of perjury under the Laws of the United States of America that I have read this document and that the foregoing is true and correct.

_____
Debbie Rybka

Date: 5/28/21

EXHIBIT "O"