# EXHIBIT P



EXHIBIT "P"