# EXHIBIT R



EXHIBIT "R"



EXHIBIT "R"