**EXHIBIT T**

| | |
|---|---|
| **From:** | Tjernagel, Kirk on behalf of Tjernagel, Kirk <Kirk.Tjernagel@busey.com> |
| **To:** | Tjernagel, Kirk |
| **Date:** | Tuesday, August 25, 2020 10:50:50 AM |
| **Attachments:** | Copy of Closed loans commissions 2.xlsx<br>Pending RE.xlsx<br>image402897.png |



**Kirk Tjernagel**   NMLS#   450054
Mortgage Originator
14150 S. U.S. Route 30
Plainfield, IL   60544
P: 630.708.5701 | Ext: 25701
C: 630.362.5475
F: 630.708.5721
***Click here to start an application!***



EXHIBIT "T"

| | |
|---|---|
| **From:** | Tjernagel, Kirk on behalf of Tjernagel, Kirk <Kirk.Tjernagel@busey.com> |
| **To:** | kirk.tjemagel@busey.com |
| **Date:** | Thursday, August 27, 2020 8:21:44 PM |
| **Attachments:** | LOR 8-28-2020.docx |
| | image748251.png |



**Kirk Tjernagel**  NMLS#  450054
Mortgage Originator
14150 S. U.S. Route 30
Plainfield, IL  60544
P: 630.708.5701 | Ext: 25701
C: 630.362.5475
F: 630.708.5721
*Click here to start an application!*



EXHIBIT "T"

| | |
|---|---|
| **From:** | Tjernagel, Kirk on behalf of Tjernagel, Kirk <Kirk.Tjernagel@busey.com> |
| **To:** | Tjernagel, Kirk |
| **Date:** | Thursday, August 27, 2020 8:21:43 PM |
| **Attachments:** | Kirk"s letter.docx |
| | Nolan file .xlsx |

EXHIBIT "T"

| | |
|---|---|
| **From:** | Tjernagel, Kirk on behalf of Tjernagel, Kirk <Kirk.Tjernagel@busey.com> |
| **To:** | Tjernagel, Kirk |
| **Date:** | Thursday, August 27, 2020 8:19:25 PM |
| **Attachments:** | Infinity partners emails.xlsx |
| | image905453.png |



**Kirk Tjernagel**  NMLS#  450054
Mortgage Originator
14150 S. U.S. Route 30
Plainfield, IL  60544
P: 630.708.5701 | Ext: 25701
C: 630.362.5475
F: 630.708.5721
***Click here to start an application!***



EXHIBIT "T"

| | |
|---|---|
| **From:** | Tjernagel, Kirk on behalf of Tjernagel, Kirk <Kirk.Tjernagel@busey.com> |
| **To:** | Tjernagel, Kirk |
| **Date:** | Thursday, August 27, 2020 8:19:14 PM |
| **Attachments:** | Infinity partners emails.xlsx |

EXHIBIT "T"

| | |
|---|---|
| **From:** | Tjernagel, Kirk on behalf of Tjernagel, Kirk <Kirk.Tjernagel@busey.com> |
| **To:** | Tjernagel, Kirk |
| **Date:** | Thursday, August 27, 2020 8:07:11 PM |
| **Attachments:** | Veselsky- Cancellation of Purchase.pdf |
| | Veselsky- HOI Quote.pdf |
| | Veselsky J -photoID.pdf |
| | Veselsky K - REO - HOI.pdf |
| | Veselsky K- ROE mortgage statements.pdf |
| | Veselsky- karen EM Bankstatements.pdf |
| | image336615.png |



**Kirk Tjernagel**  NMLS#  450054
Mortgage Originator
14150 S. U.S. Route 30
Plainfield, IL  60544
P: 630.708.5701 | Ext: 25701
C: 630.362.5475
F: 630.708.5721
*Click here to start an application!*



EXHIBIT "T"

| | |
|---|---|
| **From:** | Tjernagel, Kirk on behalf of Tjernagel, Kirk <Kirk.Tjernagel@busey.com> |
| **To:** | Tjernagel, Kirk |
| **Date:** | Thursday, August 27, 2020 8:06:47 PM |
| **Attachments:** | Veselsky- Cancellation of Purchase.pdf |
| | Veselsky- HOI Quote.pdf |
| | Veselsky J -photoID.pdf |
| | Veselsky K - REO - HOI.pdf |
| | Veselsky K- ROE mortgage statements.pdf |
| | Veselsky- karen EM Bankstatements.pdf |

EXHIBIT "T"

| | |
|---|---|
| **From:** | Tjernagel, Kirk on behalf of Tjernagel, Kirk <Kirk.Tjernagel@busey.com> |
| **To:** | Tjernagel, Kirk |
| **Date:** | Thursday, August 27, 2020 7:29:48 PM |
| **Attachments:** | Kirk Head Shot (2).jpg |
| | Kirk linkin picture small.jpg |
| | Realtor closing list.xlsx |
| | Tree Contract 1 001.jpg |
| | image985624.png |



**Kirk Tjernagel**  NMLS#  450054
Mortgage Originator
14150 S. U.S. Route 30
Plainfield, IL  60544
P: 630.708.5701 | Ext: 25701
C: 630.362.5475
F: 630.708.5721
*Click here to start an application!*



EXHIBIT "T"

| | |
|---|---|
| **From:** | Tjernagel, Kirk on behalf of Tjernagel, Kirk <Kirk.Tjernagel@busey.com> |
| **To:** | Tjernagel, Kirk |
| **Date:** | Wednesday, August 26, 2020 7:36:09 AM |
| **Attachments:** | Purchase Matrix.xls |
| | image833799.png |



**Kirk Tjernagel**  NMLS#  450054
Mortgage Originator
14150 S. U.S. Route 30
Plainfield, IL  60544
P: 630.708.5701 | Ext: 25701
C: 630.362.5475
F: 630.708.5721
*Click here to start an application!*



EXHIBIT "T"

| | |
|---|---|
| **From:** | Tjernagel, Kirk on behalf of Tjernagel, Kirk <Kirk.Tjernagel@busey.com> |
| **To:** | Tjernagel, Kirk |
| **Date:** | Tuesday, August 25, 2020 12:49:49 PM |
| **Attachments:** | Kaitlyn"s Resume 2017.pdf |
| | Kirk - employment contract 2019.pdf |
| | Kirk & Debbie Tjernagel Financial Info.xls |
| | Passwords.xlsx |

EXHIBIT "T"

| | |
|---|---|
| **From:** | Tjernagel, Kirk on behalf of Tjernagel, Kirk <Kirk.Tjernagel@busey.com> |
| **To:** | Tjernagel, Kirk |
| **Date:** | Tuesday, August 25, 2020 10:50:50 AM |
| **Attachments:** | Copy of Closed loans commissions 2.xlsx |
| | Pending RE.xlsx |
| | image402897.png |



**Kirk Tjernagel**  NMLS#  450054
Mortgage Originator
14150 S. U.S. Route 30
Plainfield, IL  60544
P: 630.708.5701 | Ext: 25701
C: 630.362.5475
F: 630.708.5721
*Click here to start an application!*



EXHIBIT "T"