# EXHIBIT U

| | |
|---|---|
| **From:** | Dietrich, Mark on behalf of Dietrich, Mark <Mark.Dietrich@Busey.com> |
| **To:** | alpinemarkd@aol.com |
| **Subject:** | list |
| **Date:** | Sunday, September 27, 2020 2:30:49 PM |
| **Attachments:** | dietrich list.xlsx |
| | image637571.png |



**Mark Dietrich**  NMLS#  448763
Mortgage Originator
1298 W. Main St.
Greenwood, IN  46142
P: 317.814.7907 | Ext: 47907
C: 317.213.9428
*Click here to start an application!*



EXHIBIT "U"

| | |
|---|---|
| **From:** | Dietrich, Mark on behalf of Dietrich, Mark <Mark.Dietrich@Busey.com> |
| **To:** | alpinemarkd@aol.com |
| **Subject:** | personal |
| **Date:** | Sunday, September 27, 2020 1:51:35 PM |
| **Attachments:** | 2018 earnings.xlsx |
| | Marks Database.xlsx |
| | Mark"s Financials.xlsx |
| | image670848.png |



**Mark Dietrich**  NMLS#  448763
Mortgage Originator
1298 W. Main St.
Greenwood, IN  46142
P: 317.814.7907 | Ext: 47907
C: 317.213.9428
*Click here to start an application!*



EXHIBIT "U"